AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

BRENT REED

## NOTICE

CASE NUMBER: 4:04-CR-271-08 (04-164-MW-02)

TYPE OF CASE:

☐ CIVIL X CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. / DATE AND TIME |
|---|---|
| U. S. District Court<br>240 West Third Street<br>Williamsport, PA 17701 | ROOM NO.: Courtroom #2, if available<br>DATE AND TIME: Friday, 12/3/04 at 2:30 P.M. |

TYPE OF PROCEEDING

INITIAL APPEARANCE AND ARRAIGNMENT

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MARY E. D'ANDREA
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 30, 2004
DATE

B. Forest
(BY) DEPUTY CLERK

TO: U. S. Attorney, Williamsport
U. S. Probation Office, Williamsport
U. S. Marshal, Williamsport
Counsel for Defendant
Court Reporter