IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:CR-04-0271 |
| | : | |
| v. | : | (Judge McClure) |
| | : | |
| BRENT REED | : | |

P L E A

AND NOW, this 3RD day of DECEMBER, 2004, after being arraigned in open court, BRENT REED, the above-named defendant, hereby enters a plea of NOT GUILTY to the within Second Superseding Indictment.

Brent Reed
BRENT REED

FILED
WILLIAMSPORT
DEC 3 2004

Per ______
DEPUTY CLERK