UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No. 4:04-CR-271-08 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| BRENT REED | : | |

**ORDER APPOINTING
FEDERAL PUBLIC DEFENDER**

AND NOW, this 28th day of August, 2012 upon a finding that **BRENT REED** is financially unable to obtain counsel, IT IS ORDERED that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania 17101, telephone (717) 782-2237, is appointed to represent **BRENT REED** in all proceedings arising from the probation supervision.

Yvette Kane
Chief Judge United States District Court